HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE GUTIERREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E&E FOODS, et al., <br><br> Defendants. | NO. 2:21-cv-00682-RSM <br><br> STIPULATED MOTION AND ORDER ADDING PLAINTIFFS XAVIER ORTIZ AND GERBER GIRON BARRIOS <br><br> Note on Motion Calendar: July 9, 2021 |

## I    STIPULATION

The parties stipulate and ask the court to approve adding two additional named plaintiffs to the case, Xavier Ortiz and Gerber Giron Barrios. Mr. Ortiz and Mr. Giron filed substantially the same claims in their own lawsuits and intend to dismiss those claims from their lawsuits and join them with Plaintiffs in this case. See *Ortiz v E&E Foods, et al.*, USDC No. 2:20-cv-01767-RSM and *Giron v E&E Foods, et al.*, USDC No. 2:21-cv-00273-RSM. For purposes of the statutes of limitation, the parties further stipulate that the wage claims of Giron and Ortiz being joined in this action "relate back" to the dates they originally commenced their individual lawsuits, i.e., September 1, 2020, and October 26, 2020, respectively.

//

//

//

IT IS SO STIPULATED this 9th day of July, 2021.

| HOLMES WEDDLE & BARCOTT | BRESKIN JOHNSON & TOWNSEND, PLLC |
|---|---|
| By: s/ *Michael A. Barcott* | By: s/ *Daniel F. Johnson* |
| Michael A. Barcott, WSBA #13317<br>3101 Western Avenue, Suite 500<br>Seattle, WA 98121-3071<br>(206) 292-8008<br>mbarcott@hwb-law.com | Daniel F. Johnson, WSBA #27848<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>(206) 652-8660<br>djohnson@bjtlegal.com |
| *Attorney for Defendants* | |

LAW OFFICE OF JOHN W. MERRIAM

By: s/ *John W. Merriam*
John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, WA 98199
(206) 729-5252
john@merriam-maritimelaw.com

*Attorneys for Plaintiffs*

## II  ORDER

It is hereby ORDERED that, pursuant to the stipulation of the parties, Xavier Ortiz and Gerber Giron Barrios may be added as additional Plaintiffs.

DATED this 15th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE