UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE GUTIERREZ, *et al.*, | CASE NO. C21-0682-LK |
| Plaintiffs, | ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER |
| v. | |
| E&E FOODS, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulated Motion for a Protective Order. Dkt. No. 42. The parties have used the Court's Model Stipulated Protective Order with proposed changes.

One of the parties' changes to the Court's Model Order is inconsistent with Local Civil Rule 5(g) and the strong presumption of public access to the Court's files. Specifically, the parties delete the following sentence from the Model Order: "However, the protections conferred by this agreement do not cover information that is in the public domain or becomes part of the public domain through trial or otherwise." Generally, information that is already in, or becomes part of, the public domain is no longer confidential.

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER - 1

For this reason, the Court DENIES the motion, Dkt. No. 42, without prejudice.

Dated this 1st day of June, 2022.

Lauren King
United States District Judge