THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOSE GUTIERREZ, ARTURO GONZALEZ, JUAN CARLOS LOPEZ, TRINIDAD MARISCAL, JOEL SANDOVAL, XAVIER ORTIZ, GERBER GIRON BARRIOS, GLENN MOORE PASCUA, JESUS D. GONZALEZ RIVERA, THOMAS J. ORCUTT, ANTHONY HERNANDEZ, OMAR MAYA GUTIERREZ, PETER L. ABRUSKA, JR., LEONARDO SERNA RAMIREZ, JOSE J. AGUILERA RUIZ, DARKO SIMONOVSKI, TRAJANO LOPEZ, STIVEN POPOVSKI, PETER Q. MEYERS, SCOTT CARROLL, DANCHO GOCHEN,<br><br>          Plaintiffs,<br>vs.<br><br>E&E FOODS AND F/V BEAGLE LLC,<br><br>          Defendants. | Case No. 2:21-CV-682<br><br>**STIPULATION AND ORDER TO DONATE UNCLAIMED SETTLEMENT FUNDS TO SEATTLE SEAFARERS' CENTER** |

**STIPULATION**

COMES NOW the parties, by and through their respective attorneys of record, to stipulate as follows:

From the settlement funds received in this case, $3,862.08 remains unclaimed in the trust account of plaintiffs' attorney, Daniel Johnson.

---

**STIPULATION AND ORDER TO DONATE UNCLAIMED SETTLEMENT FUNDS TO SEATTLE SEAFARERS CENTER - 1**
**CASE NO. 2:21-CV-00682-JNW**

**JOHN W. MERRIAM**
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

1.  Pursuant to the Court's Order of June 1, 2023, Dkt. 21, the unclaimed funds are to be disbursed to a charity agreed upon by the parties and approved by the Court. *See* CR 2A Settlement Agreement, dated February 21, 2023.

    The plaintiffs in this collective action came from several countries to work at sea. The Seattle Seafarers' Center serves seamen from ships flying the flags of many different nations. The parties agree that this is an appropriate charity to receive the unclaimed settlement funds of $3,862.08.

DATED this __ day of December 2023.

DANIEL JOHNSON AND JOHN MERRIAM
OF ATTORNEYS FOR PLAINTIFFS

By: */s/ John W. Merriam*
John Merriam, WSBA#12749
4005 20th Avenue West, Suite 110
Seattle, WA  98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
Email: john@merriam-maritimelaw.com
Attorney for Plaintiffs

By:*/s/ Daniel F. Johnson*
Daniel F. Johnson, WSBA# 27848
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Telephone: (206) 652-8660
Fax: (206) 8290
Email: djohnson@bjtlegal.com
Attorney for Plaintiffs

HOLMES WEDDLE & BARCOTT, P.C.

By:*/s/ Michael A. Barcott*
Michael Barcott, WSBA #13317
3101 Western Ave., Suite 500
Seattle, WA 98121-3071
Telephone: (206) 292-8008
Fax: (206) 340-0289
Email: mbarcott@hwb-law.com

---

**STIPULATION AND ORDER TO DONATE UNCLAIMED SETTLEMENT FUNDS TO SEATTLE SEAFARERS CENTER - 2**
**CASE NO. 2:21-CV-00682-JNW**

**JOHN W. MERRIAM**
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012

Attorney for Defendants

## ORDER

Based on the forgoing stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that counsel for the plaintiffs shall donate the unclaimed settlement funds, in the amount of $3,862.08, to the Seattle Seafarers' Center.

DONE this 30th day of January 2024.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

*/s/ John W. Merriam*
John Merriam, WSBA#12749
4005 20th Avenue West, Suite 110
Seattle, WA  98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
Email: john@merriam-maritimelaw.com
Attorney for Plaintiffs

 */s/ Daniel F. Johnson*
Daniel F. Johnson, WSBA# 27848
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Telephone: (206) 652-8660
Fax: (206) 8290
Email: djohnson@bjtlegal.com
Attorney for Plaintiffs

HOLMES WEDDLE & BARCOTT, P.C.

 */s/ Michael A. Barcott*
Michael Barcott, WSBA #13317
3101 Western Ave., Suite 500
Seattle, WA 98121-3071
Telephone: (206) 292-8008
Fax: (206) 340-0289
Email: mbarcott@hwb-law.com

STIPULATION AND ORDER TO DONATE UNCLAIMED SETTLEMENT FUNDS TO SEATTLE SEAFARERS CENTER - 3
CASE NO. 2:21-CV-00682-JNW

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012

1 | Attorney for Defendant

**STIPULATION AND ORDER TO DONATE UNCLAIMED SETTLEMENT FUNDS TO SEATTLE SEAFARERS CENTER - 4**
**CASE NO. 2:21-CV-00682-JNW**

**JOHN W. MERRIAM**
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012